EDMUND C. CONVERSE, Respondent, *v.* SEVERYN B. SHARPE et al., as Receivers of the AMERICAN CASUALTY INSURANCE AND SECURITY COMPANY, Appellants, Impleaded with Others.

Reported below, 37 App. Div. 399.
(Submitted October 2, 1899; decided October 10, 1899.)

MOTION to place upon present calendar an appeal from a final judgment entered May 18, 1899, upon an order of the Appellate Division of the Supreme Court in the first judicial department, affirming an interlocutory judgment entered upon a decision of the court on trial at Special Term.

The motion was made upon the ground that the ends of justice entitle the appeal to a preference.

*Eugene Lamb Richards, Jr.,* and *William H. Gibson* for motion.

No one opposed.

Motion denied, without costs.